

# U. S. Department of Justice

*United States Attorney*
*Southern District of Iowa*

*Criminal Division*

Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, Iowa 50309-2053
Telephone (515) 473-9300
Fax (515) 473-9292

January 3, 2025

Maureen W. Gornik, Acting Clerk of Clerk
Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse, Room 24.329
St. Louis, MO 63102

      Re:    *United States v. Keshon Daveon Baxter*, No. 24-1164

Dear Ms. Gornik:

Pursuant to Fed. R. App. P. 28(j), the United States brings to the Court's attention a recent decision holding that the Second Amendment applies to drug users like Baxter. *United States v. Connelly*, 117 F.4th 269, 274 (5th Cir. 2024); *compare United States v. Veasley*, 98 F.4th 906, 910 (8th Cir. 2024) (assuming this to be the case).

The United States further informs the Court that it now concedes that "the people" protected by the Second Amendment includes drug users, contrary to our original briefing in this case. *See* Government's Brief at pp. 6-12 (arguing that Baxter is not protected by the Second Amendment); *compare United States v. Aldo Ali Cordova Perez, Jr.*, No. 24-1553 (Government's Brief at p. 9) (conceding this point). But the United States adheres to its view that barring Baxter from the possession of firearms is consistent with the Nation's historical regulation of firearms, and that both his facial and as-applied challenges to 18 U.S.C. § 922(g)(3) should fail.

Sincerely,

Richard D. Westphal
United States Attorney

By: */s/ Andrew H. Kahl*
Andrew H. Kahl

*/s/ Jospeh H. Lubben*
Joseph H. Lubben
Assistant United States Attorneys

**CERTIFICATE OF COMPLIANCE
WITH RULES 27(d)(2)(A), 32(a), and 32(g)**

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and the word limit of Fed. R. App. P. 32(g)(1) because it contains 163 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft 365 Word in Century Schoolbook font, 12 point.

Dated: January 3, 2025.

                By:   */s/ Andrew H. Kahl*
                        Andrew H. Kahl

                        */s/ Jospeh H. Lubben*
                        Joseph H. Lubben
                        Assistant United States Attorneys

                        Neal Smith Federal Building
                        210 Walnut Street, Suite 455
                        Des Moines, Iowa  50309
                        Tel:  (515) 473-9300
                        Fax:  (515) 473-9292

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                */s/ Dawn Thomas*
                                                Paralegal Specialist